11743-PAJ

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

**K/S ARIES SHIPPING**,

                              Plaintiff,

      - against -

**KENT LINE SALES, LTD.**,

                              Defendant.
-----------------------------------------------------------------x

Case No. 08 CV 0437
JUDGE PRESKA

**RULE 7.1 CORPORATE DISCLOSURE NOTICE**

      Pursuant to the Fed. R. Civ. P. 7.1(a), **K/S ARIES SHIPPING**, hereby states that it is not a parent, subsidiary or affiliate of a publicly traded corporation.

      Pursuant to the Fed. R. Civ. P. 7.1(b)(2), a supplemental statement shall be filed promptly upon any change in the above information.

Dated in the City of New York on January 17, 2008

                              Respectfully submitted,

                              JUNGE & MELE, LLP
                              *Attorneys for Plaintiff*

                              /S/ Peter A. Junge
                              _____
                              Peter A. Junge (PJ-0745)
                              29 Broadway
                              New York, NY 10006
                              (212) 269-0061

*11743 Rule 7.1 Disclosure.wpd*