*11743*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

**K/S ARIES SHIPPING**,

                Plaintiff,

      - against -

**KENT LINE SALES LTD.**,

                Defendant.
--------------------------------------------------------x

Case No. 08 CV 0437 (Judge Preska)

**NOTICE OF ATTACHMENT PURSUANT LOCAL ADMIRALTY RULE B.2**

Pursuant to the Local Admiralty and Maritime Rule B.1, Plaintiff, **K/S ARIES SHIPPING**, hereby states that it has attached funds of Defendant, **KENT LINE SALES LTD.**, in the amount of US$13,065.49 at JPMorgan Chase Bank, New York, NY.

Dated in the City of New York on February 25, 2008

                Respectfully submitted,

                JUNGE & MELE, LLP
                *Attorneys for Plaintiff*

                /s/ Peter A. Junge
                _____
                Peter A. Junge (PJ-0745)
                29 Broadway
                New York, NY 10006
                (212) 269-0061

To:  **KENT LINE SALES LTD.**
     300 Union Street
     PO Box 66
     St. John, NB  E2L 3X1
     Canada

## AFFIRMATION OF SERVICE

**Peter A. Junge**, an attorney at law duly admitted to practice law in the courts of the State of New York and in the U.S. District Court for the Southern District of New York, affirms under penalty of perjury that on **February 25, 2008**, the document(s) listed below was duly served on the addressee(s) listed below by enclosing said document(s) in a sealed envelope and depositing it in a mail receptacle of the U.S. Postal Service, with postage prepaid:

| | |
|---|---|
| DOCUMENT(S) SERVED: | **NOTICE OF ATTACHMENT PURSUANT LOCAL ADMIRALTY RULE B.2** |
| ADDRESSEE(S): | **KENT LINE SALES LTD.**<br>**300 Union Street**<br>**PO Box 66**<br>**St. John, NB  E2L 3X1**<br>**Canada** |

Dated in the City of New York on February 25, 2008

/s/ Peter A. Junge

_____
Peter A. Junge