*11743*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

**K/S ARIES SHIPPING**,

                Plaintiff,

- against -

**KENT LINE SALES LTD.**,

                Defendant.
--------------------------------------------------------x

Case No. 08 CV 0437 (Judge Preska)

**AMENDED NOTICE OF
ATTACHMENT PURSUANT
LOCAL ADMIRALTY RULE B.2**

**PLEASE TAKE NOTICE** that pursuant to the Local Admiralty and Maritime Rule B.2, Plaintiff, **K/S ARIES SHIPPING**, hereby states that its has reduced its claim against Defendant, **KENT LINE SALES LTD.**, to $95,800.00; accordingly, the total amount of Defendant's funds which have been restrained and attached at JPMorgan Chase Bank, New York, NY, has been reduced to $95,800.00.

Dated in the City of New York on March 11, 2008

                Respectfully submitted,

                JUNGE & MELE, LLP
                *Attorneys for Plaintiff*

                /s/ Peter A. Junge
                _____
                Peter A. Junge (PJ-0745)
                29 Broadway
                New York, NY 10006
                (212) 269-0061

To: **KENT LINE SALES LTD.**

# AFFIRMATION OF SERVICE

**Peter A. Junge**, an attorney at law duly admitted to practice law in the courts of the State of New York and in the U.S. District Court for the Southern District of New York, affirms under penalty of perjury that on **March 11, 2008**, the document listed below was duly served on the stated addressee by electronic mail as follows:

| | |
|---|---|
| DOCUMENT SERVED: | **AMENDED NOTICE OF ATTACHMENT PURSUANT LOCAL ADMIRALTY RULE B.2** |
| ADDRESSEE: | **KENT LINE SALES LTD.**<br>Mladineo, Meredith<br>[Mladineo.Meredith@kentline.com] |

Dated in the City of New York on March 11, 2008

/s/ Peter A. Junge

---

Peter A. Junge