11743

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
K/S ARIES SHIPPING,

                            Plaintiff,

   - against -

KENT LINE SALES, LTD.,

                            Defendant.
-----------------------------------------------------------x

Case No. 08 CV 0437
(Judge Preska)

NOTICE OF DISMISSAL
PURSUANT TO FED. R. CIV. P 41 (A)
WITH ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/24/08

**PLEASE TAKE NOTICE** that there being no appearance or answer by Defendant, pursuant to Fed. R. Civ. P. 41 (a), Plaintiff hereby voluntarily dismisses this action, without prejudice, and without costs or disbursements to any of the parties herein.

Dated in the City of New York on March 19, 2008

Respectfully submitted,

JUNGE & MELE, LLP
*Attorneys for Plaintiff*

_____
Peter A. Junge (PJ-0745)
29 Broadway
New York, NY 10006
(212) 269-0061

**IT IS SO ORDERED**

_____
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

Dated:

The Clerk of the Court Shall
mark this action closed and all
pending motions denied as moot.

SO ORDERED:

_Loretta A. Preska_
LORETTA A. PRESKA, U.S.D.J.

March 22, 2008